## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

-------------------------------------------------------x

In re:                                                    Chapter 11

ROCHDALE SECURITIES, LLC,                                 Case No. 14-51485 (AST)

                                  Debtor.                 Re: 236

-------------------------------------------------------x

### ORDER SETTING COMBINED HEARING ON DEBTOR'S CHAPTER 11 PLAN AND DISCLOSURE STATEMENT, AND OF TIME FIXED FOR FILING OBJECTIONS AND THE HEARING TO CONSIDER CONFIRMATION OF THE PLAN

Rochdale Securities, LLC (the "Debtor") filed an Ex Parte Motion To Shorten Notice of Time Fixed for Filing Objections and the Hearing to Consider Confirmation of Debtor's Chapter 11 Plan (the "Motion"), seeking an order from this Court shortening notice of the time fixed for filing objections and the hearing to consider confirmation of Debtor's First Modified Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (the "Plan"). The Court has not as yet approved Debtor's First Amended Disclosure Statement (the "DS"), to which objections have been filed by Pershing LLC.  The litigation between Debtor and Pershing is well documented before this Court.


Section 105(d)(2)(b)(vi) of the Bankruptcy Code provides that the hearing on approval of a disclosure statement may be combined with the hearing on confirmation of a plan.  Under the facts and circumstances of this case, due and sufficient cause exists to combine the hearings on Debtor's DS and Plan. Based thereon, it is hereby:

**ORDERED**, that the Ex Parte Motion is granted in part; on **August 26, 2016 at 10:00 a.m.**, this Court will conduct a combined hearing on the Plan and DS in Bridgeport, Connecticut; no further objections may be filed to the DS; and it is further

**ORDERED,** that on or before **August 8, 2016**, Debtor shall serve this Order, the DS, the Plan and a ballot conforming to Official Form B314 upon the following: (a) Debtor; (b) the Office of the United States Trustee; (c) all creditors and interest holders; and (d) all parties who have requested notice pursuant to Federal Rule of Bankruptcy Procedure 2002, and with attention lines in accordance with Fed. R. Bankr. P. 7004(b)(3); and (e) Pershing; and it is further

**ORDERED,** that ballots must be returned so as to be received by Debtor by **August 22, 2016 at 4:00 p.m**. by regular mail, overnight mail, certified mail, or by electronic mail to: skindseth@zeislaw.com, or by fax to 203-549-0872 Attention Stephen M. Kindseth; any late ballot will not be considered by the Court; and it is further

**ORDERED,** that any objection to the Plan must be filed and served by **August 22, 2016 at 4:00 p.m.**, supported by an affidavit or affirmation in support of such objection; any late objection will not be considered by the Court; and it is further

**ORDERED,** that Debtor shall file a ballot tally and affidavit or affirmation in support of confirmation by **August 24, 2016 at noon**; and it is further

**ORDERED,** that **no continuances will be granted**.

Dated at Bridgeport, CT on this 5th day of August, 2016.

BY THE COURT

ALAN S. TRUST
UNITED STATES BANKRUPTCY JUDGE